AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
|---|---|
| vs. | |
| SHUHEL MAHBOOB ALI | CASE NUMBER: 6:13-mj-1216 |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. Beginning in or about January 2013, and continuing until on or about April 12, 2013, in Brevard County, Florida, in the Middle District of Florida, defendant did, knowingly use a facility of interstate and foreign commerce to entice a minor to engage in sexual activity, in violation of Title 18, United States Code, Section 2422(b). I further state that I am a Task Force Agent with Homeland Security Investigations, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant
Michael Spadafora

Sworn to before me and subscribed in my presence,

April 12, 2013                    at    Orlando, Florida

GREGORY J. KELLY
United States Magistrate Judge            _____
Name & Title of Judicial Officer                Signature of Judicial Officer

STATE OF FLORIDA
COUNTY OF ORANGE                           Case No.: 6:13-mj- *12-16*

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Michael Spadafora, after being duly sworn, depose and state:

1. I am a task force agent with the United States Homeland Security Investigations, formerly the United States Customs Service. Currently, I am assigned to the Office of the Resident Agent in Charge, Cocoa Beach, Florida, which is responsible for conducting criminal investigations and enforcing laws that are under the investigative jurisdiction of the United States Immigration and Customs Enforcement in the counties of Brevard and Volusia in the Middle District of Florida. I am a cross-designated law enforcement officer of the United States within the meaning of 19 U.S.C. § 1401(I), and am empowered to investigate and make arrests for violations of United States criminal laws within the meaning of 18 U.S.C. § 2510(7).

2. In November 2007, I was assigned as a task force agent with United States Immigration and Customs Enforcement, Homeland Security Investigations (ICE/HSI). Currently, I am employed by the Brevard County Sheriff's Office and assigned to the Special Victims Unit to investigate Internet crimes against children. I have been a sworn law enforcement officer in the State of Florida since April 27, 1998.

3. As a task force agent, my responsibilities include investigating possible criminal violations of United States Customs and related laws. I have received more than 400 hours of specialized training in the investigations of sex crimes, child exploitation, child pornography and computer crimes. I have been involved in investigations involving child pornography and online solicitation/enticement of a minor.

I have participated in investigations of persons suspected of violating federal child pornography laws, including 18 U.S.C. §§ 2252 and 2252A. I have also participated in investigations of persons suspected of violating federal laws pertaining to the enticement of minors 18 U.S.C. § 2422(b). I have participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have been written search warrants and participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

4. As set forth in more detail below, there is probable cause to show that **SHUHEL MAHBOOB ALI** is using a facility or means of interstate or foreign commerce to attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, in violation of 18 U.S.C. § 2422(b).

5. I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and a review of documents provided to me by these witnesses and law enforcement officers. This affidavit is being submitted for the limited purpose of establishing probable cause to support a criminal complaint. Therefore, I have not set forth each and every fact learned during the course of this investigation.

6. Title 18, United States Code, Section 2422(b) prohibits using a facility or means of interstate or foreign commerce to attempt to persuade, induce, and entice an

individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense.

## DETAILS OF THE INVESTIGATION

7. On January 8, 2013, the Brevard County Sheriff's Office (BCSO) and United States Department of Homeland Security Investigations (HSI) initiated an investigation on a public website that has a public classified ad section. Law enforcement agents know that this website is frequented by persons who have a sexual interest in children.

8. Working in my undercover capacity, I placed the following classified ad, which was titled "INCEST":

> "living the lifestyle looking for like-minded people who are serious. We are not into cyber or role play if this is your thing we would not be right for you."

### EMAIL FROM JANUARY 14, 2013

9. I received a response on January 14, 2013, from screen name "sma544," who wrote, "Hi there, I'm serious in looking to settle down with a girl and raise a couple of daughters for 'the lifestyle.' I'd happily travel from the UK to visit you and wish you well on your incest lifestyle and give you a hand if needed! Sx."

10. From my undercover online account, I wrote: "Hello my friend from across the pond. That would be great if you are serious it takes away all the fear of getting caught. If you are serious I can host. My daughter is 14 and we are active. I am not bi or gay so we would have no contact. Let us know."[1]

---

[1] From this point further, I refer to myself in the third person as "the UC" in the affidavit.

3

EMAIL FROM JANUARY 15, 2013

11.  On January 15, 2013, "sma544" wrote, "[h]i there, yes I am very serious. I intend to find a girl to settle down with and 'continue the line' so to speak. Great to hear someone who is actually serious as there are so many fantasists. How shall we proceed? Shuhel."  The UC wrote back, asking when ALI was planning to come to the United States.  The UC said that he lived in Cocoa, Florida, near Orlando.

EMAIL FROM JANUARY 16, 2013

12.  On January 16, 2013, "sma544" wrote, "[h]ow long would you like me to come over for? I'm a contractor and I'm in a contract until April, but I can come over with minimal notice at that time. Sexually I have done everything, I mean everything under the sun, so I am very experienced and unshockable. I am happy to entertain anything you both want to try. However, I prefer Daddy/daughter situations more than anything as it is the way I wish my life to go. I forgot to mention, I am straight and not gay at all. So much so that I do not wish to have any sons, just daughters. My email is sma544@outlook.com just in case I cannot reply to you via this site (my incest advert got removed after 24 hours, so I don't trust this site) Let me know if the above is ok. I'm Shuhel BTW."

EMAIL FROM JANUARY 18, 2013

13.  On January 18, 2013, "sma544" requested that the UC confirm his email address or send him (ALI) an email at shuhel@outlook.com.  The UC received another message from "sma544," who again said that he had sent the UC an email, "but it got bounced."  ALI again asked the UC to confirm his email address or send an email to shuhel@outlook.com.  When the UC did not reply, "sma544," wrote "I've just sent you

4

and [sic] email. Let me know if you got it from shuhel@outlook.com (my main email) shuhel."

14. ALI told the UC that he (ALI) had done "everything you can think of sexually." ALI also wanted to know if the UC had any preferences or if the UC had "trained" his (the UC's) daughter "to enjoy."

15. The UC told ALI that he had never "trained" his daughter and asked if ALI was into training young. ALI said that he was seeing a woman who was his "sub at the time." ALI said, "she played with her daughter ["G"], since she was born and she introduced me into training her for a good few years." ALI also wrote, "[e]ven though I have done scat, K-9 and lots more. I find training and living with my own daughter is the ultimate way a man can show love to [his] daughter. If she is taught that it is fun and that she enjoys it, I found that they end up having fun with you even if you don't prompt them."

16. ALI wrote that he thought he would have to start much earlier. He also said that it was a shame he had to wait until April to come to Florida due to his work. He wrote that he did not think he could come over for a weekend and thought a few days would be better. ALI wrote, "besides a loving daughter shouldn't be rushed." ALI wrote, "believe me, the thought of having a proper daughter and having to wait is killing me I'm fine with a week."

EMAIL CONVERSATION ON JANUARY 25, 2013

17. On January 25, 2013, the UC replied that would be great and to let him (the UC) know when the time got closer. ALI said that he would inform the UC before he bought tickets. ALI also said that he was glad to hear about the acts the daughter

performs. ALI said, before he bought tickets, he wanted to speak on the telephone. ALI said that he hoped the UC would understand and that he would provide details if the UC wanted them. ALI asked what was the closest airport to the UC.

EMAIL CONVERSATION ON JANUARY 28, 2013,

18.     On January 28, 2013, the UC told ALI that would be great. The UC told ALI that they could talk on the telephone when the time got closer. The UC told ALI that the Melbourne Airport was close and the Orlando Airport was approximately an hour away.

EMAIL CONVERSATION ON JANUARY 31, 2013

19.     On January 31, 2013, ALI said he would talk to the UC and the daughter when the time got closer. ALI wrote the UC and asked if the UC's daughter would "settle down with [the UC]." ALI said he was looking for a girl to settle down with – one he could breed and raise a family "(daughters only)" in the same way. ALI said, "[n]aturally you can enjoy yourself with them anytime you felt like it. Would that be something you'd be interested in the future? I don't want to scare either of you away though."

EMAIL CONVERSATION ON FEBRUARY 8, 2013

20.     On February 8, 2013, ALI asked if the UC's daughter was still okay with the idea of being his woman and having a family in the United Kingdom.

EMAIL CONVERSATION ON FEBRUARY 11, 2013

21.     On February 11, 2013, the UC replied and told ALI that his daughter was still good with the idea of meeting and being in a family with ALI. The UC told ALI that his daughter still wanted to know what ALI planned to do to her while ALI was in the

6

United States. The UC reminded ALI that of his daughter's age, by saying "lol she is being a gitty 14 yo about it." ALI wrote "it was really cool" to hear that "she was excited about meeting him." ALI said that "made him horny to hear her act like a little girl." ALI wrote "I'll cum over in Easter period." ALI further said he wanted to speak on Skype[2] before he bought the tickets. The UC told ALI that sounded like a plan.

EMAIL CONVERSATION ON MARCH 4, 2013

22. On March 4, 2013, ALI emailed the UC and asked if the UC and his daughter still wanted to meet. ALI said it was looking like he would arrive the first or second week of April. ALI said tickets were $500 more during the Easter holiday. The UC told ALI that the time frame for his travel was good. The UC told ALI when he got a date to let him know and he would take his daughter out of school. The UC said his daughter was asking about him (ALI) the other day and had also said it was good hearing from him (ALI).

23. ALI reiterated that he did not believe in cyber. ALI also said that he thought he would wait until he got a more definite time to travel. ALI wrote, "also there is no way I'd give up having a potential incest wife and family." ALI told the UC to tell his daughter that he (ALI) could not wait to meet her.

EMAIL CONVERSATION ON MARCH 7, 2013

24. On March 7, 2013, ALI asked the UC if the UC and his daughter could speak on the telephone that day. During the next few emails, the UC and ALI made arrangements for ALI to talk to the UC and the daughter. ALI said he was looking

---

[2]Skype software program that allows users to make voice calls over the Internet.

7

forward to speaking with them. ALI further asked if he could speak to the UC's daughter "explicitly." The UC replied that he did not mind ALI speaking with her, but that it "freaks him (the UC) out" to have her respond explicitly, until they actually knew each other. The UC told ALI "if this is a deal breaker, I get it but I'd rather be safe than sorry." ALI wrote that he understood, saying that it was "hard for him to judge things by email." ALI said he would be happy to talk to both of them and take it from there.

TELEPHONE CALL ON MARCH 7, 2013

25. Later that day, at approximately 5:00 p.m., the UC received a telephone call from ALI.[3] During the call, the UC told ALI that he had informed his daughter what they were talking about (ALI and the daughter starting a family). ALI asked the daughter if she was okay with that and said that he and her dad were very similar on what they liked in life. ALI said he wanted someone to be in his life and he wanted her father to be a part of that as well. The daughter said she "thought that would be cool." ALI asked if the daughter would like to be with him and her father as well. The daughter said, "yeah;" and, ALI said that "not everybody gets a chance at that." The UC told ALI it would be a good set-up for everybody. ALI asked the UC if he had "mentioned the family part" and how ALI wanted the UC to be a part of that life. The UC said that he had told his daughter about the "family part." ALI then asked the daughter if she was okay with that, so that her father (the UC) could teach their children as well. The daughter replied, "o[h] yeah definitely." The UC told ALI that he and his daughter were talking and they thought that they would wait until the children were

---

[3] The daughter will be the voice of a Brevard County Crime Scene Technician and will be referred to as "the daughter."

8

about eight years old. ALI said, "yeah basically it [is] a case where I [sic] I've done a lot of things in my life and have a girl to share my life with and show her bits of the world to make her happy basically." ALI said he could make anybody feel like a "princess." ALI said, "I like the younger type of girl but I want the girl to be part of it. I don't want to have children just for the sake of me playing, I want me and (daughter) to raise a family and enjoy them together and raise them and be happy together." ALI said, "the thing is I want you to be a part of that, it's not all about me enjoying myself if I ain't got nobody like yourself to enjoy it with there's no fun in it is there."

26. The UC agreed, saying that it was hard to find genuine people. The UC said, when he (the UC) placed the ad, he implied that he liked and enjoyed young.[4] The UC said his daughter grew up that way and he was looking for like-minded people who were serious. ALI said he did not want to do it behind his wife's back and that he would rather his wife (the daughter) actively be a part of it and enjoying it. ALI said he enjoyed family life and enjoyed the idea of having another family member to be there and be a part of it. ALI also said "to be honest I actually fantasize this situation is that if me and [daughter] go away somewhere I [sic] I'd love me and [daughter] to be happy as hell knowing your [sic] playing with our daughters, you know what I mean teaching them and knowing you were happy." ALI said they would all have a connection and it would not be a stranger off the street with "their beloved children you're actually teaching them and enjoying yourself and the kids are enjoying themselves." ALI said he did not believe in taking the daughter away just for himself. ALI said he saw the UC as a

---

[4] The ad was purposefully vague because if the ad specifically mentioned children, the ad will be removed form the website.

9

brother who brought his daughter in his life and he wants to give the UC his family. ALI said he wanted the daughter to say she wanted her father to come over because she wanted to make love to him (her father, the UC). ALI said this would make him very happy. ALI asked the daughter if any of her friends could say that, to which the daughter said no. ALI asked the daughter if she ever talked to anybody about her relationship with her father. ALI also said most people did not like this sort of thing. The daughter said, "no just my dad." The UC told ALI that they keep their personal life private. The UC reminded ALI of the daughter's age by saying she is 13 and goes to school and has two lives. The UC explained that the daughter did not share this part of her life. ALI asked the daughter if it was hard for her to keep this secret. The daughter told ALI it was, but that she was managing it.

27. ALI told the daughter that he wanted to share her with her father. ALI asked the daughter what she thought about living in the United Kingdom. The daughter told ALI that she had never been there before. ALI asked the daughter if sex was natural for her because she had been with her father. The daughter said, "yeah." ALI asked if the daughter had any questions for him, at which point the daughter asked what ALI wanted to do while he was here in the United States. ALI said he has done everything – "you name it." ALI said, "like if you go into a restaurant my menu is huge." ALI then explained what he has done before with "girls like yourself I showed them lots and lots of different things." ALI said, "they say I don't think I like this but I like that and years later when they get more comfortable like when you played with your dad first then they realize that they like certain things. Like a girl a bit older then [sic] you your what 14, [at this point the daughter corrected ALI and told him that she was 13], 13 right

10

yeah she was 14 and nearly 15 actually she ended up I don't want to shock you but [said] I want to go with animals and ended up sleeping with a dog instead of me cause eventually she found that she really loved it because I showed her these things. She chose it herself and I didn't push her into it but it's a case like some women girls [sic] liked other things I showed them, I gave them a choice, he [sic] what you can do and don't feel bad if you don't like it, it's what you like. And one of the things I enjoy doing is like saying do this and you can do that and you can do that and you can do that and then you get feelings to see what you feel comfortable with."

28. ALI asked the daughter if this made sense to her. The daughter said it did and then asked if ALI wanted her to sleep with a dog. ALI responded, "well I would want you to do whatever turns you on to be honest, I would like you to be um if you're not sure what you like to do ask you see if you feel comfortable and take it from there. I find it's the best way other than me to tell you." ALI told the daughter she needed to be comfortable with him because he was a stranger and take it from there. ALI said there were "loads and loads of things about sex" and he showed a lot of girls her age and younger once they got comfortable with him. ALI said, once the girls got comfortable with him, they would try things and he would not have to "shove it down their throats."

29. ALI told the daughter that, once they met, she could ask him anything she wanted about sex. ALI said he would give her examples of what he has done. ALI asked if the daughter had fantasized about anything in particular and wanted to try out with him. The daughter said maybe and that they could talk about it later.

30. ALI and the UC talked about the scheduled trip. ALI said he wanted to stay a full week. The two then agreed on the third week of April. The UC told him they did not want to force ALI to do anything ALI did not want to do. ALI said now that he had spoken to the both of them and found they were genuine, he jokingly added that he would fly over the next day. This time, the UC requested that ALI use condoms when ALI was with the daughter. ALI agreed and said he would bring condoms with him.

EMAIL CONVERSATION ON MARCH 8, 2013

31. ALI sent his flight and travel authorization form, which he wanted the UC to look at and make sure the times worked for the UC. ALI also wanted the UC's address so that he (ALI) could put the address on his travel authorization form. The UC said he was uncomfortable giving his home address on a legal document. The UC asked if he could give ALI the address of a local hotel. ALI said that would be fine. ALI said, with his surname of "ALI," he did not want to be hassled by the United States' "border guys." ALI requested that the UC send him the address. The UC gave ALI the address of a local hotel. ALI said that he would complete the travel authorization form and book the flight as soon as the visa cleared.

EMAIL CONVERSATION ON MARCH 9, 2013

32. On March 9, 2013, ALI sent an email with his flight information. ALI sent another email saying that his travel documents had been been approved. ALI wrote that his flight would arrive at 3:35 p.m. at the Sanford Airport on April 13, 2013. ALI said he was trying to keep trim and was laying off the fat. ALI said when he was with the two of them he would be happy to eat anything except pork or ham. ALI said, "don't worry I'm definitely coming down." ALI reiterated, "like you I'm not into the fantasy or

cyber, I like to be real and if it all works out; I'd love nothing better to have a guy who is into young as part of our future family. Its [sic] good that it takes the risk out of things too [sic] with someone who is experienced."

EMAIL CONVERSATION ON MARCH 22, 2013

33. ALI asked the UC if he (ALI) could sleep with the daughter while he visited, adding "don't worry I have bought lots of condoms, but its [sic] after having fun so we can chat about future family stuff I want to chat with her about becoming a good family mother and how we will train the daughters." The UC thanked ALI for agreeing to bring condoms. ALI thanked the UC and said that he would call when the time got closer.

EMAIL CONVERSATION #1 ON APRIL 3, 2013

34. On April 3, 2013, the UC received two emails from ALI. In the first email, ALI wrote, "[s]orry the last email got sent prematurely. I meant to say that I'm not bringing anything special besides condoms. Let me know about the places and things mentioned. I just think we got to be safe."

EMAIL CONVERSATION # 2 ON APRIL 3, 2013

35. In a second email on that day, ALI wrote "[f]orgot to say, not sure if you got my first email about the TSA and places to visit that I could print off. My second email won't make sense otherwise!" The UC said, "[h]ey Shuhel, LOL yeah I wasn't sure what you were talkin about in your first email. Yeah as far as things go we can visit the Kennedy Space Center, Cocoa Beach Pier, Ron Jon's surf shop, you could say Sea World, Disney, Universal City Walk. That sounds good. Hope all is well and we look forward to see [sic] you."

13

36.     ALI replied, "[g]reat I'll print those off so I can show them when [TSA] ask[s] me. In the UK when someone arrives here at an airport and the passenger says that he isn't expecting anyone to meet him, customs do[es] an announcement asking if anyone is meeting them. My dad got caught meeting my uncle who said he was by himself. My uncle got sent back on the next flight and refused entry! Not sure if the TSA will play that same trick."

37.     The UC replied, "o ok yeah print them off. I thought I was meeting you at the airport. Yeah you can call." ALI wrote, "yes meet me at the airport arrivals, just don't come if they make an announcement as it maybe [sic] the TSA checking my story that I'm not meeting up with anyone. Hope this makes sense but it sounds paranoid! Look forward to calling you both at the weekend. When is best to call." The UC replied, "ok will do I'll meet you at the airport the best time to call is Friday about 530. [My daughter] makes plans on the weekend and I don't always know what she's doing and the best time to call. She'll be happy to hear that you still plan on coming. Good idea thinking about the TSA." ALI wrote, "yeah the safer we play it the better. Glad you understand. Will look forward to speaking to you both on Friday at round [sic] about 530pm."

EMAIL CONVERSATION ON APRIL 5, 2013

38.     On April 5, 2013, ALI sent an email to the UC and said, "[h]i there I'll call you both about 5:30pm just to touch base as agreed ok?"

TELEPHONE CONVERSATION ON APRIL 5, 2013

39.     On April 5, 2013, the UC received a telephone call from ALI, who was calling from telephone number 796-739-9679. During the call, ALI spoke to the UC and

14

the daughter. ALI said that he had printed out the material about Kennedy Space Center, Ron Jon, and the Cocoa Pier. ALI asked if TSA would buy his story about staying at the Holiday Inn in Cocoa. ALI said that he did the same thing when he went to New Zealand. ALI said he was in a "quest" to find someone like the UC's daughter. ALI said his ex-girlfriend was played with by family members and he went to New Zealand to get back with her. ALI then asked the daughter if she wanted babies. When she said yes, ALI said he wanted babies to play with. ALI said he would play with the ex-girlfriend's cousins. ALI said he got involved with an English girl named "C" and they would play with her daughter because the daughter was a baby. ALI said he had a lot of fun with "C's" daughter. ALI said he was looking forward to having sex with the UC's daughter to keep it in the family. The UC told ALI it would be like a circle of trust involving his daughter, ALI, and the daughter's children when they had them. ALI told the daughter that he wanted to have two daughters. ALI said when he meets [sic] the daughter he wanted to talk to her about their family. ALI also said that "when you start with very, very, very young, you can mold them to believe anything and do anything you see." ALI said he knows of a guy and he tried to find him a wife, who trains children from babies. ALI said this person is in his 70s and has a new daughter. ALI then said, "you know you can cum a lot from a grown man's balls, basically the baby has grown up sucking on the father's cock." ALI said that the baby now crawls up and tries to grab the father's penis. ALI said, "she sees it as food as milk, she can drink her dad dry whereas a lot of grown women can't." ALI said the child has grown up not knowing anything different. ALI said "likewise you can teach them to eat anything such as toilet or whatever because there [sic] not show[n] anything." ALI said "if you start later like

15

one or two they know what tastes good or bad."

40. The UC asked ALI if he (ALI) wanted to start their children at one or two years old. ALI said you could start them earlier than that. He then began to talk about a "sub" of his. ALI said he was going to go to Japan to meet a family where there were two daughters. ALI explained that, in Japan, fathers take their daughters' virginity.

41. ALI asked the daughter if she watched a lot of pornography. The daughter said she did. ALI then said when they have a family together that they will make a lot of videos together. ALI then said, in Japan, they have a different attitude about body fluids. ALI said they are taught from a very early age to taste.

42. ALI referred back to "C," and said that "C" had taught her daughter to eat "directly from her pussy and asshole." ALI told the UC's daughter they would spend time talking about what they wanted to get from their children. ALI said it could be done with force but had to be done with love. ALI said a lot of people think this is wrong and he said a lot of people do it around the world. He said one in three do it in India.

43. ALI stated he was not an abusive person and wanted to have a loving relationship with the daughter. ALI said he knew a lot about psychology and studied psychology for women and "kids and I done [sic] a lot of stuff." ALI said the UC started late with his daughter and said "but with a baby you can make anything pleasurable absolutely anything." ALI said he wanted to start earlier; and, once the mid-wife left, he wanted to see how many organisms the daughter could give the newborn baby. ALI said "it is not hurting the baby and the clitoris is right there." He also said that he wanted to videotape the daughter performing oral sex on the baby. He told the daughter the baby knew nothing and what more loving thing could the daughter give to

their baby girl. ALI then wanted the daughter to agree with him. ALI then stated "what were gonna do is see how many times the baby can orgasm by licking her pussy." ALI said that was a "very mild thing to do -- it's just another sensation." ALI then said, "you can teach [babies] anything and they can suck dogs dry." ALI talked about a three-month-old baby crawling up to a grown man and "drink[ing] a grown man's balls dry and she's only three months old that says a lot." ALI said it was fine with him doing this, but he wanted the daughter as his wife so that he could come home and know that she was performing oral sex on their children.

44. ALI said he wanted his kids raised like this instead of "being damaged." ALI said he learned from a guy in the Philippines that you teach the child to act sexual in certain areas so no one gets in trouble. ALI said they cannot touch his genitalia or the daughter's genitalia in public when they want food. ALI stated when a child is one or two years old, they are chewing and sucking as much as they want for comfort. ALI asked the daughter if she could "imagine her pussy being eaten all the time" and being brought to orgasm. ALI told the daughter that the baby wants to do that and "lick her ass." ALI said the children needed a mother and a father to teach them to not tell anybody about what they do at home. ALI then told the daughter that he would get her over to the United Kingdom and begin to train her sexually and prepare her for a family.

45. ALI asked the daughter if he got her pregnant with a son would she abort it. When the daughter said she would and said that she would rather have a girl, ALI told her he was proud of her for saying that. ALI said he had been looking for a girl like her for a long time.

46. ALI then asked the daughter "are you going to be a good abuser." ALI

then made the daughter say "I'm going to be a good child abuser." Once she said that, ALI stated "good girl I'm proud of you." ALI told the daughter there were a lot of guys who just would want to have sex with her. ALI said he wanted to look into her eyes and raise a family where the UC would be a part of that. ALI said not a lot of guys would say that, which the UC reminded him of his daughter's age by saying "not at 13."

47. ALI and the UC then discussed meeting at the airport and how the UC would hold up a sign stating "Mr. Ali" so that they would not miss each other. ALI then asked if the daughter was going to be there. The daughter and UC told ALI that the daughter had a surprise for him and did not want to tell him. The surprise was that the daughter was going to cook dinner for ALI.

48. ALI said he was glad that they were not scared off by the babies "and the shit eating and stuff like that." ALI said it was nice to meet people who understand that sex with children "is not done with force it's done with love." ALI asked the daughter if she would like to see their children "being good shit eaters."

49. The UC said that would be a "new experience and that's what life's about – new experiences." ALI said that no one is being harmed and "their [sic] taught from 0." ALI said "and no one is getting caught." ALI said he would email the UC when he was on the plane and stated "see you in a few hours." ALI asked the daughter to promise him one thing, to which she said yes. ALI said, "promise me our daughters will be good shit eaters cause I always wanted that." When the daughter said "yeah," ALI wanted the daughter to repeat the following: "I promise our daughters . . . will be good shit eaters." The daughter repeated the phrase as requested by ALI. Once she repeated the phrase, ALI said, "good girl I'm looking forward to meeting you both." ALI

18

asked the daughter if she was going to have fun with her dad tonight because she was so excited, he then told her to "keep her dad happy." The UC and ALI talked once again about meeting at the airport and ended their conversation.

## CONCLUSION

50. There is probable cause to show that **SHUHEL MAHBOOB ALI** did use and attempt to use any facility or means of interstate of foreign commerce to knowingly persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity for which any person could be charged with a criminal offense under Florida law, namely, Lewd or Lascivious Battery, a violation of Florida Statute Section 800.04, in violation of 18 U.S.C. § 2422(b).

_____
Michael Spadafora
Task Force Agent
Homeland and Security Investigations

Sworn to and subscribed before me this 12 day of April, 2013.

_____
GREGORY J. KELLY
United States Magistrate Judge

19